NUMBER 13-07-726-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________


IN THE MATTER OF D.T., A JUVENILE


____________________________________________________________


On Appeal from the 156th District Court 


of Bee County, Texas.


____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, a minor, by and through counsel, has filed a motion to withdraw her
notice of appeal. According to her motion, appellant, after reviewing the facts and
circumstances of the case, no longer desires to proceed with the appeal and requests this
Court to dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a); see also Tex. Fam. Code Ann. § 56.01(b) (Vernon 2002) ("requirements
governing an appeal [of an order of a juvenile court] are as in civil cases generally"). 
Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs
of the appeal are taxed against appellant, although appellant is exempt from payment due
to her affidavit of inability to pay costs. See Tex. R. App. P. 42.1(d) ("Absent agreement
of the parties, the court will tax costs against the appellant."). Pending motions, if any, are
DISMISSED AS MOOT. 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 31st day of January, 2008.